William S. Butler, Respondent, v. Sidney A. Clarkson and Others, Defendants, Impleaded with Edward Leber, Appellant.— Motion denied, without costs, provided the appellant perfect his appeal in time to place the case upon the next calendar of this court and be ready for argument when the cause is reached; otherwise motion granted, with ten dollars costs. Present — Woodward, Jenks, Gaynor, Rich and Miller, JJ.

George F. Driscoll, Respondent, v. James Carroll, as Trustee, etc., Appellant. — Motion denied, provided the appellant pay ten dollars costs and .perfect the appeal within ten days; otherwise motion granted, with ten dollars costs. Present — Woodward, Jenks, Gaynor, Rich and Miller, JJ.

Gottfried Hofacker, Respondent, v. Victorine Hofacker, Appellant.— Motion to open default granted, without costs. Present — Woodward, Jenks, Gaynor, Rich and Miller, JJ.

Virginia G. Horton, Appellant, v. John E. Andrus and Others, as Commissioners, etc., Respondents.— Motion for leave to appeal to the Court of Appeals granted. Questions to be settled before Mr. Justice Gaynor. Present — Woodward, Jenks, Gaynor, Rich and Miller, JJ.

In the Matter of Acquiring Title by the City of New York to Premises on the Southeasterly Corner of Sutter Avenue and Grafton-Street, Borough of Brooklyn, Duly Selected as a Site for School Purposes.— Motion granted and order of reference made to Charles M. Stafford, Esq. Present — Woodward, Jenks, Gaynor, Rich and Miller, JJ.

In the Matter of the Application of Michael A. Sexton for Admission to the. Bar.— Application granted. Present — Woodward, Jenks, Gaynor, Rich and Miller, JJ.                                                                               0

Bernard McNulty, Respondent, v. Ludwig & Company, Appellant.— The appellant's default opened on condition that it put its case upon the next calendar of this court, and be ready for argument when the cause is reached, and pay the respondent ten dollars costs. Present — Woodward, Jenks, Gaynor, Rich and Miller, JJ.

Rene Moellhausen, Appellant, v. Samuel Lipschitz, Respondent.— This is a motion to vacate a judgment in the Municipal Court of the city of New York presided over by Justice Rosenthal for the reason that the court stenographer who took the testimony, John Norton, is permanently too ill to write out his notes, and that his notes were so badly taken that neither himself nor any one else, can accurately read them. We cannot vacate the judgment for such a reason. It is the duty of the justice to make up a case as best he can, and he should not neglect that duty. This failure to produce the stenographer's minutes in this same court has now persisted for more than a year and a half, as appears by motions to dismiss appeals made to this court, and if further persisted in we shall feel it our duty to appoint a referee to take proof of the causes of these delays. Let the attorney for the appellant apply to the justice to make a return here, and if he neglects it for five days let the matter be brought to our attention. Woodward, Jenks, Gaynor, Rich and Miller, JJ., concurred.

Samuel J. L. Norton and Another, Respondents, v. Louis Kain, Sued as Louis Kane, Appellant.— Motion for reargument denied, with costs. Present — Woodward, Jenks, Gaynor, Rich and Miller, JJ.